NTN BEARING CORP. OF AMERICA, AMERICAN NTN BEARING MANUFACTURING CORP., AND NTN CORP., PLAINTIFFS *v.* UNITED STATES, DEFENDANT, AND TIMKEN CO., DEFENDANT-INTERVENOR

Court Nos. 92–04–00257 and 92–03–00168

(Dated June 30, 1998)

## JUDGMENT

TSOUCALAS, *Senior Judge:* The Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") *Final Results of Redetermination Pursuant to Court Remand, NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation and NTN Corporation v. United States, Slip Op. 96–150 (August 28, 1996) and Slip Op. 96–151 (August 29, 1996)* ("Remand Results"), and no party having submitted comments to the Remand Results, and Commerce having complied with the Court's Remand, it is hereby

ORDERED that the Remand Results are affirmed in their entirety; and it is further

ORDERED that, as all other issues have been decided, this case is dismissed.